# Clipboard Health





# Clipboard Health Terms of Service

**I. The Clipboard Health Mission, the Contractor Role & How We Work Together**
    **A. Clipboard Health's Mission & Philosophy**
        1. Clipboard Health's Mission
        2. Clipboard Health's Philosophy
    **B. Role as an Independent Contractor**
        1. Independent Contractor Definition
        2. 1099 Agent Taxes and Other Responsibilities
            • Taxes
            • Benefits
            • Overtime & "Excessive" Hours
            • Liability Insurance
    **C. How We Work Together**
        1. Onboarding of Documentation required by partnered facilities
        2. How to Prepare for Work & Using Our App
            • Using Our App
            • Work Attire
            • Professional Etiquette
            • Proof of Identification
            • Facility Orientation
            • If there is no Formal Orientation
            • When Census is Low
            • Holiday Shifts
            • Timesheets
        3. Clinical Competence

**II. Clipboard Health's Company Policies and Procedures**
    **A. Code of Business Ethics**
    **B. Conflict of Interest Policy**
    **C. Attendance Policy**
        1. No Call No Shows
        2. Call-Offs
    **D. Payroll**
        1. Stripe
    **E. Security & Data Policies**
        1. HIPAA Policy
        2. Contact Information
        3. Security Policy
        4. Information Collected
        5. Use of Information
        6. Protection of Data
        7. Communication from Clipboard Health



**III. Incident Management Overview**
    **A.  Incident Management Overview**
        1.  The 3 Pillars We Honor
    **B.  Our Reporting Process**
        1.  Our Diligent Recordkeeping
    **C.  During Our Review Process**
        1.  Suspension Policy
        2.  Incident Classification (defining Minor vs. Major)
        3.  "General Complaints" vs. Incidents
    **D.  How We Take Action in Classifying the Incident**
        1.  Our External Action Steps
        2.  Our Internal Action Steps

**I. The Clipboard Health Mission, the Contractor Role & How We Work Together**



## A. Clipboard Health's Mission & Philosophy
### 1. Clipboard Health's Mission
Clipboard Health's mission is to revolutionize the healthcare staffing industry by making staffing reliable, affordable, and easy for both facilities and healthcare professionals.

### 2. Clipboard Health's Philosophy
Our agency is an integral member of each community where we staff. As a member of that community, Clipboard Health strives to make life easier for facilities, healthcare professionals, and patients alike. Our robust technology platform ensures that we enable the best workers to partner with our clients.

## B. Role as an Independent Contractor
### 1. Independent Contractor Definition
The Internal Revenue Services defines an Independent Contractor as the following.

### 2. 1099 Agent Taxes and Other Responsibilities
**Taxes**
As an Independent Contractor, generally you are required to file an annual return and may pay estimated taxes quarterly.

As an Independent Contractor you are paid by Clipboard Health in pre-tax pay and it is your responsibility to pay taxes on earned income when filing. A 1099-MISC will be delivered to you directly from Stripe before January 31st if you have received over $600 in pay in the previous calendar year. You can use our 1099 Tax Guide as a resource.

If you are unsure whether you owe taxes or questions about making your return, please consult with the IRS.gov website directly and seek out a tax professional for receiving advice on your personal tax situation.

### Overtime & "Excessive" Work Hours
Contractors are not eligible for overtime pay rates, but allowed to work over 40-hours a week if they choose to do so.

At Clipboard Health, we monitor situations where a Healthcare Professional could be working an excessive amount that could harm themselves or the end-patient. We care about everyone's health, wellness & safety and try to halt possible errors, accidents or injuries from occurring. We consider "excessive hours" or "hazardous hours" as over 70-hours a week, when one works over 20 hours continously, does not take breaks (as these are mandatory) or does acknowledge the need for a respite period between shifts (minimum of 8 hours after a 16-hour shift worked). These Clipboard Health Policies promote our "zero-harm" culture.

There are no minimum hours that need to be worked during any given pay period to stay eligible with Clipboard Health.



**Benefits**
As an Independent Contractor, Clipboard Health does not provide benefits such as, but not limited to: worker compensation in the event of an injury or disability, promises of future employment or unemployment benefits. Clipboard Health does not offer a compensation package for a variety of categories such as, but not limited to, travel nurse housing and travel arrangements.

**Liability Insurance**
As a 1099 Contractor, there is an expectation for you to carry your own medical professional liability insurance to cover errors, omissions, or incidents while performing duties within the scope of your work.

## C. How We Work Together
### 1. Onboarding Documents Needed
As an Independent Contractor of Clipboard Health, the following documents need to be provided during your Clipboard Health Onboarding Period:
- **Active State License for Healthcare Professional**
- **Active Driver's License or State ID**
- **Active CPR/BLS Card**
- **TB Test Completed within the past 365 Days** (PPD, QuaniFERON TB Test, or Chest X-Ray)
- **Physical Exam Completed within the past 365 Days**
  *(Please work with your general physician doctor in completing the* [Clipboard Health Employee Physical Exam Form](#)*.)*
- **Covid Vaccine (Required for several states and facilities)**
- **Resume (Optional)**

*Please note, it is the Contractor's responsibility to keep these required documents for working with us, unexpired and up-to-date in their CBH portal.

*You will be notified in the Clipboard Health app of any other special requirements.*

### 2. Additional Onboarding Steps Needed
During our Onboarding Period, you will be expected to:
- **Provide all necessary documents,** *referred to in Section I.C.1 of this Contractor Handbook.*
- **Complete your background check onboarding with *Checkr*,** *Clipboard Health's preferred site for conducting background checks.*
- **Complete sending in your 2 Professional References via Credential Check**
- **Complete the Skills Checklist that aligns with your Clinical Discipline:**
  - [CNA](#)
  - [LVN/LPN/RN's in Long Term Care Nursing](#)
  - [Operating Room RN](#)
  - [PACU RN](#)
  - [Hospice RN](#)



- o Surgical Tech
- **We require the following articles to be read:**
  - o Harassment Training
  - o Dementia Course
  - o HIPAA Course
  - o Infection Control Course
  - o Elder Abuse Course
  - o LGBTQ Course
- **After the readings are complete, please complete our:** Dementia, Abuse, Infection Control, HIPAA, LGBTQ, and Harassment quiz.

## 3. How to Prepare for Work & Using Our App

### Using our App

Once all your Onboarding Steps are completed, with our easy-to-use app, you can locate available shifts in your area and instant book your shifts. Once you have booked a shift, the shift will display on your Clipboard Health mobile app calendar under "My Shifts".

### Work Attire

Whenever entering a Facility for work, ensure your healthcare attire is professional, clean and showcases you care. First impressions are everything, right? What does this include? Please wear closed-toed clean polished shoes (we do not want you tripping or falling), your hair should be short or if long, secured in a bun or ponytail, nails should be natural, clean and trimmed (artificial nails are prohibited), avoid heavy perfumes or other strong smells (not everyone may have the same taste as you or worse, may be allergic to your scent), and always wear clean polished scrubs. It's best to wash your uniform after every use (to protect your health and the patient's). If a Facility requests a certain scrub color, our Support Staff will let you know. Gum-chewing, cell-phone use, and smelling of cigarettes are all activities that should be left for outside of work.

### Professional Etiquette

Contractors are expected to conduct themselves in a professional manner at all times. "Professionalism" refers to dependability and reliability, wearing appropriate attire, introducing yourself to charge personnel and peers, documenting in client health records appropriately, observing Facility guidelines regarding the use of cell phones and computers, and following all Clipboard Health and Facility client policies and procedures. It also refers to providing quality services consistent with the job description for the position for which you are assigned, and in accordance with the policies and protocol of Facilities as well as those of Clipboard Health.

### Proof of Identification

Healthcare professionals must provide proof of identity upon entering the facility. Identity can be verified upon presentation of either a Clipboard Health badge or a driver's license or state I.D.



**Facility Orientation**

At some Facilities, attending a formal orientation or learning Facility-specific training materials may be required from you. These training measures are designed to acquaint you with our Facility clients as well as provide you with vital Facility policy information and sense of security when you accept your first assignment with them. For those specific Facilities requiring formal orientation or Facility-specific orientation materials, facility orientation information can be located under the "Information" icon of the shift you are selecting in the mobile-app.

**If there is no Formal Orientation**

If there is no formal orientation when arriving at a facility for the first time, it is your responsibility to ask the Shift Supervisor for an explanation of fire code, and disaster procedures, the location of emergency equipment and escape routes, as well as other Facility protocols, policies, and other relevant procedures. When returning to a Facility where you previously worked, arrive early to allow time for briefly refreshing your memory before proceeding with your shift. Do not be satisfied with just a reference to the Facilities manuals; in an emergency, you will not have time to read them. It is your responsibility to be familiar with your assigned facilities procedures.

**When Census is Low**

Facilities may cancel shifts when their census is low. Unfortunately, that is something out of Clipboard Health's control. If you show up to a shift and are sent home before 4 hours of the start of the shift, you will be paid for 4 hours worth of services. If you work longer than 4 hours, you will be paid for the actual number of hours worked.

**Holiday Shifts**

Holiday shifts will have details on the facilities shift notes in regards to offering "holiday pay" in the Clipboard Health mobile app. Holiday pay is defined by the facilities and can be time and a half or an additional $20 added to the pay. Please note that some facilities may not offer holiday pay.

**Clock in and Clock out Instructions**

All Healthcare Professionals, regardless of state, are required to fill out a timesheet, which can be found onsite at the Facility. Filling out the timesheets is a mandatory requirement for helping us verify your shift and paying you on-time.

***Who is the authorized signatory at the Facility?***

The authorized signatory is deemed by the Facility; this could possibly be the Charge Nurse, Director of Staff Development or another deemed Supervisor. If the Facility did not fill out who the authorized signatory is, then it needs to be an appropriate Supervisor that manually signs off your shift.

***Where to find the timesheets?***

Timesheets can be conveniently found onsite at the Facility. When you are at the Facility, find the Nurse Station for the timesheet or ask a Supervisor and they can direct you to the correct location. If you are still having trouble, call Clipboard Health Support



at 408-837-0116 and we can fax over a copy to the Facility. Here are the copy of the timesheet forms for your reference which you can also print out before a shift:

- For California based Healthcare Professionals - Please use the CDPH530 form
- For Healthcare Professionals outside of California - Please use the CBH Sign-in Sheet

It is imperative if you are a California HCP, that you accurately and entirely fill out your CDPH 530 Form and the CBH Sign-in Sheet if you are outside California. Upon completion, take a clear picture of the entire page, showing all fields completed as further described in this example, and then upload it directly into the Clipboard Health App.

### *What is a "Compliant" Timesheet?*
Timesheet compliance incorporates correctly completing and processing a timesheet in line with clearly defined state and industry standards. Filling out and submitting a compliant timesheet will ensure that we'll be able to verify the shift you've worked with the facility and you'll be paid fast as soon as we have it verified.

A compliant timesheet should have the following:

- Date of the Shift
- Healthcare Professional's Full Name
- Authorized Signatory/Designee's Full Name
- Clock in and Clock out Time
- 30-min Break Time
- Signature of both the Healthcare Professional and the Authorized Signatory
- Relationship with the Authorized Signatory (for the CBH Sign-in Sheet)
- Designation (for the CDPH 530 Form)

A perfect example of this is found here.

Important things to note:
- Timesheets should be free of erasures, whiteouts, marks, and alterations and must be signed using pens. Digitized dates, clock-ins and signatures are strictly prohibited. It should not also be signed by pencils since it is prone to alterations.

### *Are breaks mandatory?*
A 30 minute break is necessary during every 8-hour shift, even during night shifts. This is a requirement by the facilities and in place for promoting end-patient safety.

### *How to Clock in and Clock out?*



1. Navigate to the "My Shifts" tab.
2. Choose the "Shift in Progress".
3. If the facility does not have InstantPay, just upload the timesheet by clicking on the "Upload Your Timesheet" button at the end of your shift. (*Please note that you can only upload your timesheet within 72 hours from the end of your shift. If it is past 72 hours, you will no longer have the option to upload it on the Clipboard Health App and you would need to call our 24/7 Support Team for assistance*).
4. If you're working an InstantPay shift, you just need to click on the:
   a. Clock in button at the start of your shift
   b. Start Lunch & End Lunch button for your 30 minute break
   c. Clock out button at the end of your shift
   d. Then, upload a copy of the timesheet (for California healthcare professionals, please use the CDPH 530 Timecard form and for non-California healthcare professionals, please use the Clipboard Health Sign in Sheet) that you just completed at the Facility.
5. Leave the physical timesheet at the facility for record keeping and shift verification.

## 4. Clinical Competence

Healthcare professionals are not allowed to "float up" and work where they are not licensed. Healthcare professionals should only be doing work that you are trained in and clinically competent in.

If you are reassigned to work in a unit or assignment outside of your clinical competency or licensure, contact our 24/7 support team immediately to assist in reassignment, if appropriate, or disallow if this is outside of your scope of licensure and competency.

## II. Clipboard Health's Company Policies and Procedures
## A. Code of Business Ethics

We built teams that stand strongly on promoting our culture of "zero-harm". Compliance is woven into the very fabric of our organization's mission. We, at Clipboard Health are accountable, benevolent, closely-knit and relentless in our mission of holding end-patient safety at the core of everything we do.

We believe that the greatest strength of our organization lies in the good-natured efforts of our Employees, partner Healthcare Professionals, partner Facilities, vendors and subcontractors. Our leadership team fosters an "open-door policy", where concerns are addressed in a timely, confidential & respectful manner. We respect one another which allows us to establish a transperative and highly-communicative culture.



**Code of Conduct Policies:**

- Employees, partner Healthcare Professionals, partner Facilities, vendors and subcontractors must be **honest and lawful** in all business dealings.
- All parties must **avoid** doing anything that could create even the **appearance of impropriety**.
- All parties **must comply with the Code of Conduct and report** any action that is unlawful.
- All parties must **cooperate with all compliance-related training & policies** and **actively work in correcting any unethical, illegal, or improper practices** that are identified.

**Clipboard Health Employee Commitment to Ethical Business Practices**

- We conduct ourselves in a professional, honest, and ethical manner when acting on behalf of the company.
- We are educated on the Code of Conduct and all company policies.
- We complete all required training, including compliance, in a timely manner and apply it in our job duties daily.
- We promptly report concerns about possible violations of laws, regulations, the Code of Conduct, and policies & procedures.
- We cooperate and are truthful in investigations & audits.
- We maintain accurate and complete records for all business purposes, and never alter or destroy records in response to an investigation or audit, or when an investigation or audit is anticipated.
- We notify a supervisor within three (3) days if convicted of criminal conduct, and/or are excluded or prohibited from participating in a federally funded program.
- We approach every situation with the end-patient's safety in mind, and ensure that is the driving factor in all decision-making.

**Clipboard Health Leadership Commitment to Ethical Business Practices**
*In addition to the Employee Commitment, we have expanded expectations for our Management.*

- We always lead through example by demonstrating the highest standards of ethical business conduct and embodiment of the company core values.
- We communicate to all parties the contents of the Code of Conduct, policies and procedures and how these apply to their daily work.
- We create an environment where compliance is recognized & valued and where everyone is comfortable asking questions, raising concerns, and reporting potential violations of the Code of Conduct and company policies.
- We never ask an employee to do something we ourselves would not do.
- We ensure that all parties understand their compliance obligations.


**Clipboard Health Partner Commitment to Ethical Business Practices**

- Healthcare Professionals conduct themselves in a **professional** manner with a high level of accountability - to their profession and to our Partner Facilities.
- Partners recognize **integrity** as doing what is right and pursuing a high standard of conduct and honesty in all situations.
- Partners treat all individuals encountered or entrusted to their care with **respect and dignity**.
- Partners deliver **quality patient care** and service unrestricted by concerns of personal attributes and without discrimination.
- Healthcare Professionals carry out responsibilities of assigned jobs with a spirit of **teamwork**; respecting fellow Healthcare Professionals and conducting themselves in a manner that contributes to an environment free of all forms of harassment.
- Partners **protect confidences** entrusted to them in the course of professional practice, respecting the right to privacy of the patient, client company, and Clipboard Health; revealing confidential information only as required by law to protect the welfare of the individual or community. Information should never include patient details or anything that could identify a specific patient.
- Healthcare Professionals honestly report their own and others misuse of equipment and accessories, employ techniques and procedures, and perform services in accordance with **acceptable standards of practice** and facility protocol.
- Partners **respect all laws** and avoid any involvement in false, fraudulent, or deceptive activity.
- Partners **honor** all contracts, agreements, and assigned responsibilities.

**Policy Review**
Clipboard Health reviews this policy, along with all company policies, on an annual basis to ensure compliance with all federal and state laws.

> **To report a suspected violation, email:**
>
> hcp.hr@clipboardhealth.com

**B. Conflict of Interest Policy**
A conflict of interest can be defined as a situation in which a person is in a position to derive personal benefit from actions or decisions made in their official capacity. Conflicting interests can include both financial interest and non financial relationships with entities that compete or do business with Clipboard Health. This includes any interest that otherwise could create an appearance that the Employees, partner Healthcare Professionals, partner Facilities, vendors or subcontractors conduct may be compromised in some way by the competing



interest. We require all Employees, partner Healthcare Professionals, partner Facilities, vendors and subcontractors of Clipboard Health to disclose any suspected or actual conflicts of interest to Leadership immediately. We have identified the different types of conflict of interests that may arise dependent on the person's relation to Clipboard Health. However, we cannot foresee every instance of conflict of interest and hold the expectation that any suspected conflict of interest not identified here is reported with the same urgency and thoroughness.

**Employee Conflicts of Interests (Internal Clipboard Health Staff)**

- A conflict of interest exists when an Employee's private interest interferes in any way with the interests of the Company, partner Healthcare Professionals, partner Facilities, vendors or subcontractors.
- A conflict of interest exists when an Employee takes actions or has interests that make it difficult to perform his or her work for the Company objectively and effectively.
- A conflict of interest exists when an Employee, or members of the Employee's family, receive any form of personal benefits as a result of the Employee's position at the Company.
- A conflict of interest exists when an Employee schedules unqualified Healthcare Professionals onto shifts to meet monthly targets, and/or quotas, or to improve any form of performance metric.
- A conflict of interest exists if an Employee works simultaneously for a competitor, at a Facility that partners with Clipboard Health, a vendor or subcontractor.
- Clipboard Health does not provide personal loans or advancements to Employees or Employee's family members as this most often results in a conflict of interest.

**Partner Healthcare Professional Conflicts of Interests**

- A conflict of interest exists when a Healthcare Professional's private interest interferes in any way with the interests of the Company, the partner Facility or negatively impacts the end-patient.
- A conflict of interest exists when a Healthcare Professional takes actions or has interests that make it difficult to perform his or her work for the Company or the partner Facility objectively and effectively.
- A conflict of interest exists when a Healthcare Professional, or members of the Healthcare Professional's family, receive any form of personal benefits as a result of the Healthcare Professional's position, title and status.
- A conflict of interest exists if a Healthcare Professional accepts shifts at a Facility in which they have a personal connection to another staff member and work directly beneath, alongside or above a spouse, child or immediate family member.
- A conflict of interest exists if a Healthcare Professional works a shift at a partner Facility in which they are personally related to another staff member and will be directly engaging with or reporting to that staff member during their shift.
- A conflict of interest exists if a Healthcare Professional works a shift at a partner Facility in which they are personally related to a patient and will be directly engaging with or caring for that patient during their shift.

12



**Partner Facility Conflicts of Interests**

- A conflict of interest exists when a Facility's or Facility staff member's private interest interferes in any way with the interests of the Company, the partner Healthcare Professional or negatively impacts the end-patient.
- A conflict of interest exists when a Facility or Facility staff member takes actions or has interests that make it difficult to perform his or her work for the Company or the partner Healthcare Professional objectively and effectively.
- A conflict of interest exists when a Facility schedules unqualified Healthcare Professionals onto shifts in order to achieve staffing goals.
- Conflict of Interest Policy
- A conflict of interest exists when a Facility schedules Healthcare Professionals onto shifts based on personal connections, personal relations, sex, race, sexual orientation, age, religious affiliation, marital status or disability status, and not based on their qualifications and merit.
- A conflict of interest exists if a Facility or a Facility's staff member schedules a shift with a partner Healthcare Professional in which they are personally related to and will be directly engaging with or supervising that Healthcare Professional during their shift.

**Acceptance of Gifts and Gratuity**

No employee, Healthcare Professional or partner Facility shall accept any gifts, business courtesies, or gratuities of material or cash value unless approved in advance by the CEO of Clipboard Health or has received written permission from a Facility Supervisor. Additionally, no Healthcare Professional should ever accept gifts or gratuities from a patient or family member to a patient even if they have received written permission from a Facility Supervisor.

**Personal Relationships**

Clipboard Health prohibits it's Employees from directly working with and engaging with partner Healthcare Professionals or partner Facility representatives in which they are personally related or romantically involved. Furthermore, Clipboard Health requires all employees to immediately notify their Direct Supervisor of any Employees, partner Healthcare Professional's or partner Facility representatives to which they are personally related or involved with, romantically. Our goal at Clipboard Health is to foster an environment that is productive, free of distraction and free of discrimination, therefor we ask any employee acting in a supervisor or management capacity that is romantically involved with a direct report, reports this to Senior Management, as this often results in a conflict of interest.

**Reporting Conflicts of Interest**

Clipboard Health requires all Employees, partner Healthcare Professionals and partner Facilities to report all suspected conflicts of interest immediately. Clipboard Health is committed to promptly responding to reports of conflict of interest, and anyone found to have violated the conflict of interest policy will be subject to disciplinary action, up to


termination.

**Policy Review**
Clipboard Health reviews this policy, along with all company policies, on an annual basis to ensure compliance with all federal and state laws.

To report a suspected violation, email:

*hcp.hr@clipboardhealth.com*

**C. Attendance Policy**
Clipboard Health requires good attendance and timeliness. The goal of this policy is to ensure the residents and patients are taken care of at our partnered facilities through quality care and reliable attendance. We encourage you to read this information carefully and follow our guidelines on what qualifies as acceptable attendance.

**Shift Cancellation Types**
There are 3 types of shift cancellations that, if committed, will negatively affect your attendance record:
1. **Standard Cancellation**
   - Defined as **cancelling a <u>booked</u> shift less than 7 days and more than 3 days from when the shift is due to start.**
   - If you have a total of **5 Standard Cancellations in a 30 day period**, your account will automatically be placed on a 30 day probation.
   - *As an example, if your booked shift is due to start on August 20th at 3:00 PM, then cancelling the shift from August 13th at 3:01PM to August 17th at 2:59 PM would be considered a Standard Cancellation.*
2. **Call-Off**
   - Defined as **cancelling a <u>booked</u> shift within 3 days from when the shift is due to start.**
   - If you have a total of **2 Call-Offs in a 90 day period**, your account will automatically be placed on a 30 day probation.
   - *As an example, if your booked shift is due to start on August 20th at 3:00 PM, then cancelling the shift from August 17th at 3:00PM to August 20th at 2:59PM would be considered a Call-Off.*

3. **No Call No Show (NCNS)**



- Defined as **cancelling a <u>booked</u> shift** *after* **the shift was due to start OR not showing up to the shift and not giving prior notice of your absence.**
- **We have a no tolerance approach to No Call No Shows.** As soon as you commit 1 NCNS, your account will be paused and evaluated for suspension.

## How to Cancel a Shift

If you find yourself needing to cancel a shift, you can navigate to **"My Shifts"** in the app **> Click on the shift you need to cancel >** Click **"Cancel this shift" > Select the reason and provide any additional information,** if prompted (see screenshot below).



## Account Statuses and Review

Please get familiarized with our policy-related statuses (outlined, in detail, below) so that you know what the effect of these would be on your account.

### Cancellation Types
- Standard Cancellation = cancelling a shift less than 7 days and more than 3 days prior to the shift starting (i.e. 4-6 days from shift start)



- Call-Off = cancelling a shift within 72 hours from shift start (i.e. 0-3 days from shift start)
- No Call No Show (NCNS) = cancelling a shift after the shift has started or not showing up to the shift and not informing CBH or the facility of your absence
- Cancellations made at least 7 days from the shift start are permissible and thus have no penalty/limit

## Probation
- 5 Standard Cancellations in a rolling 30 day period leads to a 30 day probation; 2 Call-offs in a rolling 90 day period leads to a 30 day probation
- While on probation, you can still view and book shifts
- If you do not commit any cancellation strikes (i.e. no Standard Cancellations, Call-Offs or NCNSs) during your 30 day probation, your account will automatically go back to active once the probationary period is completed

## Paused & Suspension Evaluation
- 1 NCNS leads to suspension evaluation
- 1 Standard Cancellation or 1 Call-Off during your 30 day probation leads to suspension evaluation
- During suspension evaluation, your account will be paused
- When your account is paused, you will retain your pre-existing booked shifts but you cannot view nor book new shifts
- Your account will remain paused until the policy team completes its suspension evaluation
- Please allow 24-72 hours for the policy team to complete their suspension evaluation

## Excused & Unexcused Shift Cancellations
- During suspension evaluation, our policy team will collect the details of your shift cancellation to determine if it is excused or unexcused
- If the cancellation is unexcused, your account will be deactivated
- If the cancellation is excused, your account will be moved back to the status it was on before the shift cancellation occurred (either "probation" or "active" status)
- Reasons for an excused cancellation can include illness, family emergency or a cancellation recorded in error
- All shift cancellations made 7 days or more from when a shift is due to start will be automatically excused and WILL NOT count negatively towards your attendance record



## Attendance Policy Stage Changes

This chart indicates the different stage changes that will occur based on the type of cancellation committed, how many times it is committed in a given time period, and/or the outcome of your suspension evaluation. If the number or type of cancellations you commit goes against our Terms of Service, your account will be evaluated for suspension. This evaluation will lead to your cancellation case being either excused, partially excused or unexcused. Each of these resolutions will lead to a different stage change, as outlined below.

| ENROLLED | PROBATION | PAUSED | SUSPENDED |
|---|---|---|---|
| 4 Standard Cancellations every 30 days | 5 Standard Cancellations in a rolling 30 day period | 1 Standard Cancellation while on probation | An unexcused Standard Cancellation while on probation |
| 1 Call-Off every 90 days | 2 Call-Offs in a rolling 30 day period | 1 Call-Off while on probation | An unexcused Call-Off while on probation |
| An excused Standard Cancellation, Call-Off or No Call No Show while enrolled | An excused Standard Cancellation, No Call No show or Call-Off while on probation | 1 No Call No Show | An unexcused No Call No Show |
| No Standard Cancellations, Call-Offs or No Call No Shows committed during 30-day probation | A partially excused No Call No Show | | |

1. **Standard Cancellation** = Cancelling between 4-6 days ahead of shift start
2. **Call-Off** = Cancelling between 0-3 days ahead of shift start
3. **No Call No Show** = Cancelling after shift start or not showing up and not giving prior notice of your absence

Our Shift Cancellation Policy is drafted with the understanding that plans might change, while also recognizing the burden that is placed on facilities and their residents when healthcare professionals cancel shifts last minute, or in excess.

As a partner healthcare professional, we ask that you please take this information seriously as you continue to partner with Clipboard Health.

### D. Stripe

#### Getting Paid with Stripe
We partner with Stripe to provide you fast and secure payments through our app. Once you download the Clipboard Health mobile app, you will be asked to enter your desired payroll method.



- If you enter a debit card when you complete Stripe signup, you'll be able to instantly withdraw your funds under your Express Balance using the Clipboard Health app with a transaction fee of $2.99 per withdrawal.
- If you do not instant-withdraw any funds within 24 hours, Stripe will automatically deposit the funds into your account every 2-3 business days – no fees charged.
- If you enter a bank account, it will take 2-3 business days – no fees charged.
- Note, your debit card is the card you use to draw cash from the ATM or use when you check-out at a store. Your bank account is the account set up with your bank and the account and routing numbers are printed on your checks.

You can use this link to access the stripe signup (in case you haven't done so yet: Stripe Setup Link. To receive payment in a timely manner, please ensure that your debit card or bank account information has been successfully set up with Stripe.

## E. Security & Data Policies

### HIPAA Policy

As a Contractor with Clipboard Health, you are required to adhere to assigned Federal, State, City, Clipboard Health, and Partner Facility rules and regulations concerning the confidentiality of records. Specifically you are required to follow Federal HIPAA, ARRA, and HITECH (Health Insurance Portability and Accountability Act, American Recovery and Reinvestment Act, Health Information Technology for Economic and Clinical Health) regulations concerning the security and confidentiality of health information.

When at an assigned Facility, confidential information regarding the dignity and privacy of patients must be safeguarded. This includes, but not limited to: taking photos with patients, not properly disposing of patient records, taking patient records outside of the facility, accessing medical records on personal devices, disclosing passwords.

At no time should patient information enter the Clipboard Health systems, whether that is through the Clipboard Health App, text, phone or email communication to Support, or any other form of communication. Patient medical records, charts, photos, passwords, contact information never needs to enter Clipboard Health in any matter, at any point. This is a strict policy that must be followed as a condition of being on the Clipboard Health platform. Termination will result as a dereliction of this policy.

### Assumptions with your Contact Information

For our Contractors and Facilities, we expect the phone number and email address entered during Onboarding to be linked to your identity and we will assume that you are the deemed holder of your account unless stated to us otherwise. At Clipboard Health, we will make best efforts in looking out for suspicious behavior in relation to any identity theft activity, take steps in shutting down your account and contacting you via a phone call if suspicious activity occurs. If you happen to change your contact information or believe someone has hacked one of your lines of communication, it is



your responsibility to notify us immediately of these contact information changes and modify your passwords that are linked to Clipboard Health systems. Clipboard Health is not responsible for communicating with the wrong identity if the contact information was wrongly provided and contains errors or incomplete, or hacked. We cannot guarantee we can protect you from hackers or human-error.

## The Right to Report

Clipboard Health reserves the right to void all Workers or Facility Contacts that spam our systems with robotic, automatic, mechanical, programmed, or similarly tampered with messaging or our data. This includes stealing data. If, in Clipboard Health's opinion, there is any suspected or actual evidence of electronic or non-electronic tampering with our systems, or if computer virus, bugs, unauthorized intervention, fraud, or technical difficulties or failures compromise or corrupt or affect the administration, integrity, security, or fairness of Clipboard Health's systems, or if technical difficulties or failures compromise or corrupt or affect the administration, integrity, security, fairness, or proper conduct of Clipboard Health's system, Clipboard Health its sole discretion reserves the right to terminate any individual involved in such activity from the Clipboard Health systems and report them to law enforcement authorities.

## Information Collected

Clipboard Health uses technologies like cookies, web beacons, or unique device identifiers to identify your computer or device so we can deliver a better experience. Our systems also log information like your browser, operating system and IP address. We also may collect personally identifiable information that you provide to us, such as your name, address, phone number or email address. In serving you, we may use or store your precise geographic location. Many devices will indicate through an icon when location services are operating.

## Use of Information

Clipboard Health's systems may associate this personal information with your activities in the course of providing service to you (such as pages you view or things you click on or search for).

## Protection of Data

Clipboard Health takes reasonable steps to secure your personally identifiable information against unauthorized access or disclosure. We encrypt transmission of data on pages and mobile apps. However, no security or encryption method can be guaranteed to protect information from hackers or human error. Information we collect may be stored or processed on computers located in any country where we do business. We may keep data indefinitely. We generally do not share personally identifiable information (such as name, address, email or phone) with other companies for marketing purposes.



**Communication from Clipboard Health**
By reviewing and accepting the Contractor Handbook, you authorize Clipboard Health to send text messages to your cell phone, notifications in the app, and/or email you to convey any information related to you working with Clipboard Health. Please check your email box spam folder frequently to assure Clipboard Health's messages are not in this folder. You understand that standard text messaging rates will apply to any messages received from Clipboard Health. You also understand that you or Clipboard Health may revoke this permission in writing at any time. You agree not to hold Clipboard Health or any agent of Clipboard Health liable for any electronic messaging charges or fees generated, messages that were not received due to phone or email storage limits or provider restrictions, or any other damages caused by electronic transfer of information. You further agree that in the event your cell phone number, cell provider and/or email address changes, you will inform Clipboard Health immediately. It is your responsibility to keep Clipboard Health updated of any changes in your profile.

**III. Incident Management Overview**
**A.  Incident Management Overview**
    **1.  The 3 Pillars We Honor:**
        Clipboard Health's Incident Management Policy honors the following:

        1.) Delivering the highest-level of Clinical Care & Treatment, which means we follow all healthcare workplace standards of conduct.

        2.) Promoting outstanding End-Patient Safety, which means we have zero tolerance for indirect or direct harm.

        3.) Ensuring our partnered Facilities embody "Zero-Harm Principles", which means we follow all fair Equal Employer Opportunity ideals and OSHA standards.  We pride ourselves on the fact that our Facilities are ethical, professional, safe, and sanitary workplace environments where our Healthcare Professionals can feel they can perform at the highest-level and deliver quality patient care.

        If in the rare & unfortunate occasion an incident report does occur, numerous of us here from Clipboard Health, including Leadership will bring our attention to the incident in a prompt manner and act if was one of our own family members that were affected.

**2. Defining Key Terms in the Incident Management Policy**

- **Patient safety event:** An event, incident, or condition that could have resulted or did result in harm to a patient.
- **Adverse event:** A patient safety event that resulted in harm to a patient. Adverse events should prompt notification of facility leaders, investigation, and corrective actions. (*An adverse event may or may not result from an error.)*



- **Sentinel event**: A subcategory of adverse events, a sentinel event is a patient safety event (not primarily related to the natural course of the patient's illness or underlying condition) that reaches a patient and results in any of the following:
  - Death
  - Permanent harm
  - Severe temporary harm
- **A No-harm event**: A patient safety event that reaches the patient but does not cause harm.
- **Close call (or "good catch")**: A patient safety event that did not reach the patient. (Close calls should be tracked and used as opportunities to prevent harm.)
- **Hazardous (or "unsafe") conditions:** A circumstance (other than a patient's own disease process or condition) that increases the probability of an adverse event. (Hazardous conditions should be tracked and used as opportunities to prevent harm.)

**B.  Our Reporting Process**
  *\*Before starting our reporting process, we ensure the event and patient safety threat has been stabilized.*
1. **Our Diligent Recordkeeping**
  When gathering incident data, we stay detailed and thorough by honoring the following:
    - We gather the identity of the Healthcare Professional involved, including the correct spelling of the name, and the Healthcare Professional's license number or last 4 of social security number, if known, to assist us in identifying the Healthcare Professional in the event of a common name.
    - We provide a detailed summary of the alleged violation, including dates and times of each alleged incident. If the incident involved a medication, we include the name of the medication.
    - We are as specific as possible in describing the event, and include a list of any witnesses with first-hand observations and knowledge of the incident. Second-hand observations are input in quotation marks, and it is noted whether it comes from a colleague, visitor or patient. We clearly identify this source. If a witness is willing to be contacted, we include their phone number.
    - We do not include opinions, finger-pointing, and conjecture. We do not offer a prognosis, speculate about who may have caused the incident, draw conclusions or make assumptions about how the event unfolded.
    - We understand incident reports live separate from our Mobile Review Feature and cannot live in an end patient's medical chart kept at the Facility.
    - We make no mention of the patient's personal info to stay in compliance with HIPAA regulation. If a patient's info has been sent in, we change their name to allow anonymity and to protect their identity.

  We act quickly during the entire review, retrieving verbal notice of the incident within 24 hours and written notification within 48 hours.


**C. During our Review Process**


1. **Our Suspension Policy**
   <u>During our review, we typically suspend the Healthcare Professional and/or Facility</u> from picking up or requesting shifts while the review is in place to protect the end-patient's safety during this time. We communicate this suspension notice and educate the client(s) on the importance of holding an awareness of (and participation in) enforcing patient safety, reporting concerns and being proactive in responding.

2. **Incident Classification (Minor vs. Major Incidents)**
   Here at Clipboard Health, we classify our Incidents into 2 distinct categories: Minor and Major.

   **What is a Minor Incident?**
   A minor incident is often:
       1.) Accidental/ Done unknowingly
       2.) Indirectly (not directly) affects someone in a harmful manner
       3.) May not have directly caused harm "today", but future repetitive of this behavior could directly cause harm in the future. This can be described as a "no-harm event", "near miss", "good catch" or "close-call".

   **What are some examples of a Minor Incident?**
   - Unintentionally disobeyed appropriate healthcare standards of conduct. We have concerns about the indirect impact when this is done.
   - Slight concerns about the Healthcare Professional's Patient Care & Treatment which may cause future-issues.

   **What is a Major Incident?**
   A Major Incident is often:
       1.) Intentional
       2.) Directly causes harm now and/ or will in the future. This includes "adverse events" and "sentinel" events.

   **What are some examples of a Major Incident?**
   - Disobeyed appropriate healthcare standards of conduct in a knowingly fashion.
   - Caused direct harm. Theft, exploitation, hazardous behavior or conditions all-cause direct harm. Harassing or discriminating is an intentional behavior and directly causes harm. All injury related incidents directly cause harm/ trauma and would be classified as a major incident.
   - Patient care and treatment concerns that directly caused harm. A misprescription always causes direct harm to the patient. Patient neglect causes direct harm.

3. **What is a "General Complaint" and how is it not an Incident?**
   Equally important, it is important to understand what is not classified as an Incident. Clipboard Health normally does not handle "General Complaints" in the same fashion as Incidents.



Examples of General Complaints are behavior issues, arriving late to a shift, or one using their personal cellphone during a shift. General Complaints can sometimes even be handled directly onsite at the Facility-level.

**How are General Complaints handled?**
Even though General Complaints are not technically "Incidents", we take them seriously and put improvement measures in place, such as increasing the frequency of our communication with the Healthcare Professional or Facility client where we deliver direct feedback and provide them with continuing education resources. General Complaints typically lead to a DNR request as well.  Per the Clipboard Health Policy, we only allow 2 Do Not Return Requests before being Terminated from doing business with Clipboard Health.

**D. How We Take Action After Classifying the Incident**
    **1.  Our External Action Steps**
        Externally, upon completion of diligently recording the incident, reviewing and classifying it, we then take necessary disciplinary action steps.
- *In Minor Incidents, we communicate we are terminating doing business with the client.*
- *In Major Incidents, we communicate we are terminating doing business with the client and escalate, through reporting it to the proper legal authority, law enforcement group, licensing board, State Department of Health or any or other appropriate authority when deemed reasonable.*

    **2.  Our Internal Action Steps**
        Internally, after an incident, we hold an incident debrief meeting involving all those involved (including a member of leadership) within 48 hours of the conclusion of the incident wrapping-up. We call this the Root Cause Analysis (RCA) Meeting, where we:
- *Recognize incidents are caused by flaws in systems and processes.*
- *Understand that variations in performance or deviation from usual procedures leads to adverse outcomes. We analyze these deviations.*

In the Root Cause Analysis (RCA) Meeting:
- *We identify the contributory factors.*
- *We reflect back on our response time.*
- *We are thorough and credible.*
- *We focus on systems and processes, not on individuals' performance.*
- *We formulate a Correction Action Plan (CAP), through diligent recordkeeping of the preventive measures that will be instilled after the debrief meeting.*
- *We implement corrective measures (systematic improvements) in hopes of halting future recurrence, in accordance with our established timeline.*

Following-up on our Corrective Action Plan:

- *Along with this, on the 1st of every month, a member of Leadership collects data on the past 30 days of incident(s) and collects all the debrief meeting*



*minutes to ensure client-facing loops were closed and company-wide preventive measures have been put in place to risk-mitigate a reoccurrence.*

Questions?
Call, text or email us anytime.

Our Support Team consists of highly-trained professionals available for you 24/7, 365 days a year, even on weekends and holidays.

**408-837-0116**
**[support@clipboardhealth.com](mailto:support@clipboardhealth.com)**