IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Tajuana West, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>Twomagnets, Inc., a Delaware corporation, d/b/a Clipboard Health,<br><br>    Defendant. | Case No. 1:23-cv-00123<br><br>First Amended Complaint Filed: February 27, 2023<br><br>Judge: Bridget Meehan Brennan<br><br>Trial Date:    Not Set |

**JOINT NOTICE OF RESOLUTION**

Now come Plaintiff Tajuana West and Defendant Twomagnets, Inc., d/b/a Clipboard Health, and hereby notify this Court that the parties have resolved this matter. The parties will file a dismissal entry shortly.

DATED: March 27, 2023                            Respectfully submitted,

1

By: */s/ James L. Simon*  
James L. Simon, Bar No. 0089483  
james@bswages.com

SIMON LAW CO.  
5000 Rockside Road  
Liberty Plaza – Suite 520  
Independence, Ohio 44131  
Phone: (216) 816-8696

Attorney for Tajuana West

By: */s/ Edward H. Chyun*  
Edward H. Chyun, Bar No. 0076880  
echyun@littler.com

LITTLER MENDELSON, P.C.  
Key Tower  
127 Public Square, Suite 1600  
Cleveland, OH 44114-9612  
Telephone:   216.696.7600  
Facsimile:    216.696.2038

Attorney for Twomagnets, Inc. d/b/a Clipboard Health